NO. 2017-1075

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

SEBASTIEN LAGREE AND SPX FITNESS, INC. D.B.A. LAGREE FITNESS
PLAINTIFFS-APPELLEES

V.

SPARTACUS 20TH LP (NV) D.B.A. BODYROK, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., PHILIP R. PALUMBO, JAKOB IRION, BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., SCULPT FITNESS BERKELEY, LLC
DEFENDANTS-APPELLANTS

_____

**DEFENDANTS-APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

_____

ROBERT P. ANDRIS  (CA SBN:  130290)
GORDON REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.986.5900
Facsimile: 415.986.8054
Email: randris@gordonrees.com

Counsel for Appellants, SPARTACUS 20TH LP (NV) doing business as BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTACUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.;  BODYROK FRANCHISE G.P., INC.;  PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC

Defendants-Appellants, SPARTACUS 20TH LP (NV) DOING BUSINESS AS BODYROK; SPARTACUS 20TH PROPERTIES, L.P.; SPARTICUS 20TH PROPERTIES G.P., INC.; BODYROK FRANCHISE, L.P.; BODYROK FRANCHISE G.P., INC.; PHILIP R. PALUMBO; JAKOB IRION; EXERCISE TECHNOLOGIES, L.P.; and SCULPT FITNESS BERKELEY, LLC (hereinafter collectively "Appellants"), hereby move the Court, pursuant to Fed. R. App. P. 42(b), to dismiss this appeal. No appellate briefs have been filed by any party. Appellants request that the Court grant the voluntary dismissal of this appeal, with each side to bear its own costs.

Undersigned counsel has conferred with counsel for Appellees and has been informed that this motion is unopposed.

Respectfully submitted,

Dated: December 16, 2016                 GORDON & REES LLP


                                         By:  */s/ Robert P. Andris*
                                         Robert P. Andris

                                         Counsel for Appellants,
                                         SPARTACUS 20TH LP (NV) DBA
                                         BODYROK;
                                         SPARTACUS 20TH PROPERTIES, L.P.;
                                         SPARTACUS 20TH PROPERTIES G.P., INC.;
                                         BODYROK FRANCHISE, L.P.;
                                         BODYROK FRANCHISE G.P., INC.;
                                         PHILIP R. PALUMBO;
                                         JAKOB IRION;
                                         EXERCISE TECHNOLOGIES, L.P.; and
                                         SCULPT FITNESS BERKELEY, LLC

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.  On December 16, 2016, I served the within documents:

**APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. APP. P. 42(b)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☒ by Electronic Transmission based on a court order or an agreement of the parties to accept service by email or electronic transmission.  I am readily familiar with Gordon & Rees LLP's practices for transmitting documents by electronic mail via internet service provider. I caused the documents to be sent to the persons at the email addresses listed for each addressee on the attached service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ by transmitting via ELECTRONIC FILING within the ECF System for the  USDC – Northern District of California, the document(s) listed above on this date.

**Please see attached SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

GORDON & REES LLP

By:  */s/  Michael D. Kanach*
Michael D. Kanach
On behalf of Robert P. Andris

## SERVICE LIST

| | |
|---|---|
| Chad E. Ziegler<br>Michael S. Neustel<br>NEUSTEL LAW OFFICES, LTD.<br>2534 South University Drive, Suite 4<br>Fargo, ND 58103<br>Phone: (701) 281-8822<br>Fax: (701) 237-0544<br>Email:  chad@neustel.com<br>Email:  michael@neustel.com | *Counsel to Plaintiffs-Appellees,*<br>**SEBASTIEN LAGREE AND**<br>**SPX FITNESS, INC., D.B.A.**<br>**LAGREE FITNESS** |