NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SEBASTIEN LAGREE, SPX FITNESS, INC., dba Lagree Fitness,**

*Plaintiffs - Appellees*

v.

**SPARTACUS 20TH LP (NV), dba BodyRok, SPARTACUS 20TH PROPERTIES, L.P., SPARTACUS 20TH PROPERTIES G.P., INC., BODYROK FRANCHISE, L.P., BODYROK FRANCHISE G.P., INC., EXERCISE TECHNOLOGIES, L.P., PHILIP R. PALUMBO, JAKOB IRION, SCULPT FITNESS BERKELEY, LLC,**

*Defendants - Appellants*

---

17-1075

---

Appeal from the United States District Court for the Northern District of California in case no. 3:15-cv-04592-JST United States District Judge Jon S. Tigar

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.


                                        FOR THE COURT

December 16, 2016            /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** December 16, 2016